1221 BURT vs. GRAND LODGE F. & A. M., 44 M., 208.

To compel reinstatement in a Masonic lodge, where relator had previously appealed to the tribunal established by the society to hear such complaints, and the expulsion had been confirmed.

Order to show cause denied June 15, 1880.

1222 BURT vs. GRAND LODGE F. & A. M., 66 M., 85.

To compel the recission of an order expelling petitioner from a Masonic lodge.

Denied May 5, 1887.

The only ground on which the courts can interfere with organized bodies by mandamus in aid of a member is, that, as corporations they are subject to our judicial oversight to prevent their depriving members of corporate privileges illegally. Where such bodies are not corporations, or where the question presented does not involve tangible and valuable corporate privileges, we cannot interfere in this way.

1223 LAMPHERE vs. GRAND LODGE A. O. U. W., 47 M., 429.

To compel the recognition of relator as a member of one of the subordinate lodges of the order.

Granted January 13, 1882.

Relator was suspended for refusing to pay an assessment made under the order of the Supreme Lodge, which is a foreign corporation, to pay losses on risks taken in other States. It was held, that relator was not liable to pay the assessment. No point was made on the argument as to the propriety of affording to the relator this proper remedy, but as the case was one in which the law under which respondent is organized is being ignored and perverted, the court was not disposed to go beyond an examination of the equities.